AO 91 (Rev. 11/11)  Criminal Complaint   (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

3/25/2025

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) Case No.  3:25-mj-153 |
| | ) |
| HAROLD TEE COLLINS, III | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    March 19, 2025    in the county of    Clark    in the    Southern    District of    Ohio   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Prohibited Person. |

This criminal complaint is based on these facts:

See affidavit of Calvin Burch, DEA

☑ Continued on the attached sheet.

CALVIN BURCH (Affiliate)

Digitally signed by
CALVIN BURCH
(Affiliate)
Date: 2025.03.24
16:48:11 -04'00'

*Complainant's signature*

TFO Calvin Burch, DEA

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
    Telephone    *(specify reliable electronic means)*.

Date:    March 25, 2025

City and state:    Dayton, Ohio

Caroline H. Gentry
United States Magistrate Judge

**AFFIDAVIT**

I, Calvin Burch, being duly sworn, hereby depose and say:

**INTRODUCTION**

1.      I have been a sworn law enforcement officer in the State of Ohio since 2015 and I am presently a sworn member of the Springfield Police Division in Springfield, Ohio.  I am currently a Task Force Officer (TFO) assigned to the Drug Enforcement Administration's (DEA) Dayton Resident Office (DRO).  As such, I am charged with investigating crimes against the United States of America, including but not limited to violations of Title 18 and Title 21 of the United States Code (U.S.C.).  I have been assigned as a TFO with the DEA DRO since March 2022.  I have received training in gang investigations, drug trafficking investigations, and have participated in gang and narcotic related investigations, arrests, and convictions.  Based on my training and experience, I am familiar with federal criminal laws, including, but not limited to: possession of a firearm by a convicted felon, possession of a firearm in furtherance of a drug trafficking crime, and conspiracy to possess with intent to distribute controlled substances. I know that drug dealers commonly possess firearms in furtherance of their drug trafficking crimes for multiple reasons, to wit: to protect themselves, protect their drug trafficking criminal proceeds (cash), and to protect their drug inventories possible robberies committed by drug addicts and other drug dealers. Drug dealers tend to be at greater risk of being robbed due the simple fact drug dealing tends to be an extremely cash intensive business.

**PURPOSE OF THE AFFIDAVIT**

2.      This Affidavit is submitted in support of a criminal complaint and seeks the issuance of an arrest warrant against **Harold Tee COLLINS, III** for suspected violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (felon in possession of a firearm). The information contained

1

in this Affidavit is largely based upon an investigation I have personally conducted in association with other law enforcement officers. All details of the subject investigation are not included in this Affidavit, but rather only information deemed necessary to establish probable cause for the afore described criminal violation.

## SUMMARY OF PROBABLE CAUSE

3.     On March 19, 2025, at approximately 12:49 pm, TFO Justin Allender of the DEA DRO was engaged in monitoring a live electronic surveillance system located at or near the area of the Mini-Mart located at 961 Selma Rd. Springfield, Clark County, Ohio. This location has long been known by the Springfield Police Division to be a hotbed of local drug trafficking activity. While conducting said electronic surveillance, TFO Allender observed a male, later identified as **Harold COLLINS** possessing a handgun located in his waistband. **COLLINS** was known by law enforcement to be a prior convicted felon, who was currently on State Parole for Possession of Drugs.  Law enforcement also was aware that **COLLINS** had an active felony arrest warrant issued out of Champaign County, Ohio. **COLLINS** was also later determined, based on a review of a law enforcement data base, to be purported associated with the "Bloods" street gang.

4.     TFO Allender thereafter contacted multiple Springfield Police Uniform Patrol Officers requesting back-up assistance to consummate **COLLINS'** arrest near the Mini-Mart area based upon the outstanding Champaign County warrant, as well as additional firearm violations.

5.     At approximately 1:22 pm, Springfield Police Sgt. A. Wildeman, together with Officers Huxley, Hammann, Bennett and Holbrook arrived on-scene.  Upon law enforcement official approaching, **COLLINS** attempted to flee on foot. Officers thereafter gave chase. At that point, Officer Holbrook observed **COLLINS** reach into his waistband and discard a firearm over a privacy fence, into the backyard of 1116 Oak Street Springfield, Ohio.

2

6.        Springfield Police Officers continued to pursue **COLLINS** eventually capturing him less than a minute later at or near the 1000 block of Cypress Street in Springfield, Ohio.

7.        Your Affiant remained in the area of Oak Street, adjacent to where **COLLINS** discarded his firearm in order to preserve it for evidence. During that time, no other individuals were observed in the immediate area.  Within minutes, Officer Holbrook responded to the said Oak Street location and successfully recovered the discarded firearm. The subject firearm was determined to be a Glock 19 Gen 5, 9mm pistol bearing Serial #BYMS385. It was further determined to have a loaded magazine containing seventeen (17) rounds, with an additional round found in the gun's chamber totaling eighteen (18) 9mm rounds.

8.        **COLLINS** was thereafter transported by Officers Huxley and Hammann to the Clark County Jail where he was in-processed based upon his active Champaign County arrest warrant.   An Adult Parole Authority hold was also generated due to new state charges for Having Weapons Under Disability, Carrying a Concealed Weapon, Tampering with Evidence and Obstructing Official Business.

9.        **COLLINS** has multiple prior criminal convictions for which he has served years in prison. These convictions include:

- A 2011 conviction for 2 counts of Trafficking in Crack Cocaine in Clark County Common Pleas Court, Ohio (11CR0566) where he was sentenced to 3 years community control. **COLLINS** would later violate the community control and receive 15 months confinement on each charge for a total of 30 months.

- A 2012 conviction for Trafficking Heroin in Clark County Common Pleas Court, Ohio (12CR0312) for which he was sentenced to 15 months confinement which ran concurrent with the previous 2011 Clark County case.

3

- A 2012 conviction for F3 Burglary out of Clark County Common Pleas Court (12CR0462) where he was sentenced to confinement for 2 years to run consecutive with the aforementioned Clark County cases.

- A 2021 conviction for Having Weapons Under Disability and Possession of Drugs out of Franklin County Common Pleas Court (21CR002190022227).

- A 2021 conviction for F1 Possession of Drugs out Butler County Common Pleas Court (CR2021070873) where he served a confinement of 3 years - 4 years, 6 months.

10.     On March 20, 2025, your Affiant consulted with Special Agent Chris Reed, of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) regarding the aforesaid seized Glock 19 Gen 5, 9mm pistol, bearing the Serial #BYMS385.   SA Reed was able to confirm the existence of an interstate nexus relating to this firearm, to wit: it was manufactured outside the state of Ohio.

## CONCLUSION

11.     Based on the facts set forth in the Affidavit, there appears to be probable cause to believe that on March 19, 2025, in the Southern District of Ohio, **Harold Tee COLLINS, III** committed a violation of 18 U.SC. §§ 922(g)(1) and 924(a)(8), that being he was determined to be a felon found in possession of a firearm.

CALVIN BURCH (Affiliate)
Digitally signed by CALVIN BURCH (Affiliate)
Date: 2025.03.24 16:49:20 -04'00'

_____
Calvin Burch
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me this 25th ~~24th~~ day of March, 2025.



Caroline H. Gentry
United States Magistrate Judge

4